# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

AMALIA GONZALEZ-ZURITA,

        Plaintiff,

vs.

CARDENAS MARKETS, INC.,

        Defendant.

2:18-CV-00172-JAD-VCF

**ORDER**

    Due to a conflict on the Court's calendar,

    IT IS HEREBY ORDERED that the settlement conference scheduled for May 3, 2019, is VACATED and RESCHEDULED to 10:00 AM, May 14, 2019.

    All else as stated in the Order scheduling the settlement conference (ECF NO. 22) remains unchanged.

    DATED this 6th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE