1  MICHAEL P. LOWRY, ESQ.
   Nevada Bar No. 10666
2  E-mail: Michael.Lowry@wilsonelser.com
   AMANDA A. EBERT, ESQ.
3  Nevada Bar No. 12731
   E-mail: Amanda.Ebert@wilsonelser.com
4  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
5  Las Vegas, Nevada 89101-6014
   Tel: 702.727.1400/Fax: 702.727.1401
6  Attorneys for Cardenas Markets, Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 | AMALIA GONZALEZ-ZURITA,          | Case No.: 2:18-cv-00172-JAD-VCF
11 |              Plaintiff,          | **STIPULATION AND ORDER TO**
                                      | **DISMISS ACTION WITH PREJUDICE**
12 | vs.                              |
                                      | ECF No. 25
13 | CARDENAS MARKETS, INC. d/b/a     |
   | CARDENAS; DOES I-X, inclusive; and ROE |
14 | CORPORATIONS I-X, inclusive,     |
15 |              Defendants.         |

16        Defendant Cardenas Markets, Inc. and Plaintiff Amalia Gonzalez-Zurita, by and through

17 their respective counsel of record, hereby stipulate to the dismissal of the above-captioned action,

18 with prejudice, with all parties to bear their own fees and costs.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                      -1-

The parties hereby also agree that this Court retains jurisdiction over any enforcement proceedings involving the settlement in this case, should the need arise.

DATED this 20 day of June , 2019

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Michael P. Lowry, Esq.
    Michael P. Lowry, Esq.
    Nevada Bar No. 10666
    Amanda A. Ebert, Esq.
    Nevada Bar No. 12731
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *Cardenas Markets, Inc.*

DATED this 3rd day of June , 2019

DE CASTROVERDE LAW GROUP

By: /s/ David Maul
    Orlando De Castroverde, Esq.
    Nevada Bar No. 7320
    Alex De Castroverde, Esq.
    Nevada Bar No. 6950
    1149 S. Maryland Parkway
    Las Vegas, NV 89104
    *Attorneys for Plaintiff*
    *Amalia Gonzalez-Zurita*

## ORDER

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 1, 2019

Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

BY: /s/ Michael P. Lowry, Esq.
    Michael P. Lowry, Esq.
    Nevada Bar No. 10666
    Amanda A. Ebert, Esq.
    Nevada Bar No. 12731
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *Cardenas Markets, Inc.*